**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

PATRICIA CAMPBELL WELLS   )
             )
             )
v.             )  Civil No. 3:14-cv-01279
             )  Judge Trauger
SOCIAL SECURITY ADMINISTRATION  )

# O R D E R

On August 24, 2015, the Magistrate Judge issued a Report and Recommendation (DE #13), to which the Plaintiff has filed a notice that she will not be filing objections (DE #14). The Report and Recommendation is ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Plaintiff's Motion for Judgment on the Administrative Record (DE #9) is DENIED, and the decision of the Social Security Administration is AFFIRMED.

It is so **ORDERED**.

ENTER this 8th day of September 2015.

_____
ALETA A. TRAUGER
U.S. District Judge